# Court of Appeals
# of the State of Georgia

ATLANTA,___April 16, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1522. IN RE: ESTATE OF JANE ROGERS ROACH.**

Robyn Coker and Kimberly McCreary filed this direct appeal from the trial court's order denying their motion to compel discovery responses. We lack jurisdiction.

It is apparent that the case still remains pending below and a final judgment has not yet been entered. This appeal, therefore, is interlocutory and subject to the interlocutory procedures in OCGA § 5-6-34 (b). See *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588 (1) (408 SE2d 103) (1991). Coker and McCreary's failure to comply with these procedures deprives us of jurisdiction over the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/16/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

___, *Clerk.*